69 A.3d 170

**Richard C. HVIZDAK, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2012, the Order of the Commonwealth Court is AFFIRMED.